■ In the Matter of WILLIAM POOLE, Petitioner, v GLENN S. GOORD, as Commissioner of Correctional Services, et al., Respondents. [758 NYS2d 556] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Commissioner of Correctional Services which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner challenges a determination finding him guilty of violating the prison disciplinary rule which prohibits fighting and refusing a direct order. The Attorney General has advised this Court by letter that the determination at issue has been administratively reversed and that all references thereto have

---

been expunged from petitioner's institutional record. Inasmuch as petitioner has received all the relief to which he is entitled and is no longer aggrieved, the matter is dismissed as moot (*see Matter of Bazelais v Goord*, 278 AD2d 723 [2000]).

Crew III, J.P., Peters, Spain, Rose and Lahtinen, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.